IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID TYRON JONES                                          PLAINTIFF

v.                       No. 3:11-cv-142-DPM

CRITTENDEN COUNTY
PUBLIC DEFENDER OFFICE;
THOMAS MONTGOMERY,
Public Defender; SUSAN K.,
Public Defender; DOES, Jailors,
Crittenden County Jail; MID
SOUTH HEALTH SYSTEMS; and
SHELBY COUNTY JAIL                               DEFENDANTS

ORDER

In its 25 July 2011 Order, the Court denied Jones's motion to proceed *in forma pauperis* for defects in the application. *Document No. 3.* The Court ordered Jones to submit a properly completed application within thirty days, and warned that otherwise Jones's case would be dismissed under Local Rule 5.5(c)(2). Jones has not filed that application; he has filed a letter repeating his requests for *in forma pauperis* status and for relief.

Local Rule 5.5(c)(2) provides that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or

defend the action diligently. . . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Jones's failure to comply with the Court's 25 July 2011 Order, his complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2011

-2-