IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID TYRON JONES                                                           PLAINTIFF

v.                                  No. 3:11-cv-142-DPM

CRITTENDEN COUNTY
PUBLIC DEFENDER OFFICE;
THOMAS MONTGOMERY,
Public Defender; SUSAN K.,
Public Defender; DOES, Jailors,
Crittenden County Jail; MID
SOUTH HEALTH SYSTEMS; and
SHELBY COUNTY JAIL                                                        DEFENDANTS

JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2011